HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EVANS FRUIT COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>KDLO ENTERPRISES, INC., a Washington corporation d/b/a PACIFIC HARBOR TRADING; KEVIN M. PEDERSON, an individual; and DONNA MAE PEDERSON, an individual,<br><br>Defendants.<br>_____<br><br>CURRY & COMPANY, INC., an Oregon corporation; PARAMOUNT CITRUS ASSOCIATION, a partnership; and STEINBECK COUNTRY PRODUCE, INC., a California corporation,<br><br>Intervening Plaintiffs,<br><br>v.<br><br>KDLO ENTERPRISES, INC., a Washington corporation d/b/a PACIFIC HARBOR TRADING; KEVIN M. PEDERSON, an individual; and DONNA RAE RODGERS-PEDERSON, an individual,<br><br>Defendants. | Case No. C07-5301RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon the Stipulation for Intervention; Order Thereon [Dkt. #20].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

**IT IS HEREBY ORDERED** that said Stipulation is granted. Intervening plaintiffs shall electronically file the proposed Complaint in Intervention upon receipt of this Order, and the defendants are granted 20 days after service of said Complaint in which to file their respective answers or other responsive pleadings.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 11th day of July, 2007.

(*Electronically Signed per Authorization*)

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE