UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION

| | |
|---|---|
| EVANS FRUIT COMPANY, INC., a Washington corporation,<br><br>    Plaintiff,<br>vs.<br><br>KDLO ENTERPRISES, INC., a Washington corporation d/b/a PACIFIC HARBOR TRADING; KEVIN M. PEDERSON, an Individual; and DONNA MAE PEDERSON, an Individual,<br><br>    Defendants. | Case No.   3:07-cv-05301-RBL |
| CURRY & COMPANY, INC., a Oregon corporation; PARAMOUNT CITRUS COOPERATIVE, a California corporation trading as PARAMOUNT CITRUS ASSOCIATION, a Partnership; and STEINBECK COUNTRY PRODUCE, Inc., a California corporation.<br><br>    Intervening Plaintiffs,<br>vs.<br><br>KDLO Enterprises, Inc., a Washington corporation d/b/a PACIFIC HARBOR TRADING; KEVIN M. PEDERSON, an Individual; and DONNA MAE PEDERSON, an Individual,<br><br>    Defendants. | **FINAL JUDGMENT** |

1

Having read and considered the Stipulation for Entry of Judgment between Intervening Plaintiffs Curry & Company, Inc., Paramount Citrus Cooperative a/t/a Paramount Citrus Association and Steinbeck Country Produce, Inc. ("Intervening Plaintiffs") and Defendants KDLO Enterprises, Inc. d/b/a Pacific Harbor Trading ("PHT"), Kevin M. Pederson and Donna Mae Pederson (collectively "The Individual Defendants") (PHT and The Individual Defendants collectively referred to as "The Defendants"), and all supporting pleadings and exhibits already on file with this Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Curry & Company, Inc. ("Curry") is a valid trust beneficiary of Defendants KDLO Enterprises, Inc. d/b/a Pacific Harbor Trading, Kevin M. Pederson and Donna Mae Pederson under Section 5(c) of the PACA, 7 U.S.C. §499e(c), in the principal amount of $46,011.00, plus accrued interest totaling $2,795.72 and attorneys' fees totaling $7,399.30, for an aggregate total of $56,206.02.

2. Judgment shall be entered in favor of Curry and against The Defendants in the total amount of $56,206.02.

3. Paramount Citrus Cooperative a/t/a Paramount Citrus Association ("Paramount") is a valid trust beneficiary of Defendants KDLO Enterprises, Inc. d/b/a Pacific Harbor Trading, Kevin M. Pederson and Donna Mae Pederson under Section 5(c) of the PACA, 7 U.S.C §499e(c), in the principal amount of $31,162.00, plus accrued interest totaling $1,823.62 and attorneys' fees totaling $5,011.79, for an aggregate total of $ 37,997.41.

4. Judgment shall be entered in favor of Paramount and against The Defendants in the total amount of $37,997.40.

5. Steinbeck Country Produce, Inc. ("Steinbeck") is a valid trust beneficiary of Defendants KDLO Enterprises, Inc. d/b/a Pacific Harbor Trading, Kevin M. Pederson and Donna Mae Pederson under Section 5(c) of the PACA, 7 U.S.C. §499e(c) in the principal amount of $60,407.00, plus accrued interest totaling $5,353.00 and attorneys' fees totaling $9,716.02, for an aggregate total of $75,476.02.

6. Judgment shall be entered in favor of Steinbeck and against The Defendants in the total amount of $75,476.02.

7. Defendants PHT and The Individual Defendants shall be jointly and severally liable for all amounts due under this judgment.

8. Intervening Plaintiffs shall further be entitled to recover pre-judgment interest from and after the date of initial default at the rate of 18% per annum through the date on which judgment is entered hereon.

9. Intervening Plaintiffs shall further be entitled to recover post-judgment interest at the rate of 18% per annum on all unpaid sums until fully paid.

10. The full amount due to Intervening Plaintiffs under the terms of this judgment qualifies for trust protection under the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e et seq.].

The Clerk shall enter judgment forthwith.

IT IS SO ORDERED this 15th day of October, 2007.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE