HONORABLE RONALD B. LEIGHTON

07-CV-05301-ORD

FILED _____ LODGED
_____ RECEIVED

APR - 3 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVANS FRUIT COMPANY, INC., a
Washington corporation,

         Plaintiff,

v.

KDLO ENTERPRISES, INC., d/b/a PACIFIC
HARBOR TRADING, a Washington
corporation, KEVIN M. PEDERSON, an
individual, and DONNA MAE PEDERSON, an
individual,

         Defendants.

Case No.: C07-5301 RBL

[~~PROPOSED~~] AGREED ORDER
REOPENING CASE, VACATING
MARCH 19, 2008 ORDER OF
DISMISSAL, AND ORDERING
DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     Plaintiff's Motion to Reopen Case, Vacate Dismissal with Prejudice, and Dismiss
without Prejudice is GRANTED;

2.     Pursuant to the Court's Order of March 19, 2008, this case is REOPENED;

3.     The Court's Order of March 19, 2008 dismissing the case with prejudice is
VACATED; and

4.     All claims by all parties in this action are DISMISSED WITHOUT PREJUDICE.

//

//

[PROPOSED] AGREED ORDER REOPENING CASE, VACATING
MARCH 19, 2008 ORDER OF DISMISSAL, AND ORDERING DISMISSAL
WITHOUT PREJUDICE - C07-5301 RBL

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

44815-006 \ Agreed Proposed Order.doc      -1-

Dockets.Justia.com

1     DATED this 3rd day of April_____, 2008.

2

3
                                    ROJBLin
4                                   _____
                                    JUDGE
5     Presented by:

6     STOKES LAWRENCE, P.S.

7

8     By:  /s/ Aviva T. Kamm_____
           Brendan V. Monahan (WSBA #22315)
9          Jonah O. Harrison (WSBA #34576)
           Aviva T. Kamm (WSBA #37199)
10    Attorneys for Plaintiff Evans Fruit Company,
      Inc.
11

12    Approved as to form;
      Notice of Presentment Waived:
13
      DAVIES PEARSON, P.C.
14

15
       /s/ Joseph M. Diaz_____
16     Joseph Michael Diaz  (WSBA #16170)
       Attorneys for Defendants
17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] AGREED ORDER REOPENING CASE, VACATING
MARCH 19, 2008 ORDER OF DISMISSAL, AND ORDERING DISMISSAL           STOKES LAWRENCE, P.S.
WITHOUT PREJUDICE - C07-5301 RBL                                   800 FIFTH AVENUE, SUITE 4000
                                                                   SEATTLE, WASHINGTON 98104-3179
44815-006 \ Agreed Proposed Order.doc          -2-                        (206) 626-6000