HONORABLE RONALD B. LEIGHTON

07-CV-05301-ORD

FILED _____ LODGED
_____ RECEIVED

APR - 3 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVANS FRUIT COMPANY, INC., a Washington corporation,

    Plaintiff,

v.

KDLO ENTERPRISES, INC., d/b/a PACIFIC HARBOR TRADING, a Washington corporation, KEVIN M. PEDERSON, an individual, and DONNA MAE PEDERSON, an individual,

    Defendants.

Case No.: C07-5301 RBL

[~~PROPOSED~~] AGREED ORDER REOPENING CASE, VACATING MARCH 19, 2008 ORDER OF DISMISSAL, AND ORDERING DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     Plaintiff's Motion to Reopen Case, Vacate Dismissal with Prejudice, and Dismiss without Prejudice is GRANTED;

2.     Pursuant to the Court's Order of March 19, 2008, this case is REOPENED;

3.     The Court's Order of March 19, 2008 dismissing the case with prejudice is VACATED; and

4.     All claims by all parties in this action are DISMISSED WITHOUT PREJUDICE.

//

//

[PROPOSED] AGREED ORDER REOPENING CASE, VACATING MARCH 19, 2008 ORDER OF DISMISSAL, AND ORDERING DISMISSAL WITHOUT PREJUDICE - C07-5301 RBL

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

44815-006 \ Agreed Proposed Order.doc      -1-


1  DATED this 3rd day of April, 2008.

2

3

4  _____
   JUDGE

5  Presented by:

6  STOKES LAWRENCE, P.S.

7

8  By: /s/ Aviva T. Kamm
       Brendan V. Monahan (WSBA #22315)
9      Jonah O. Harrison (WSBA #34576)
       Aviva T. Kamm (WSBA #37199)
10 Attorneys for Plaintiff Evans Fruit Company, Inc.

11

12 Approved as to form;
   Notice of Presentment Waived:
13
   DAVIES PEARSON, P.C.
14

15
   /s/ Joseph M. Diaz
16 Joseph Michael Diaz (WSBA #16170)
   Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] AGREED ORDER REOPENING CASE, VACATING
MARCH 19, 2008 ORDER OF DISMISSAL, AND ORDERING DISMISSAL
WITHOUT PREJUDICE - C07-5301 RBL                              -2-